# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** KENNETH H. & DAWN R. REMLEY
- **Case Number:** 14-21423-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 14, 2016  02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Continued Confirmation of Plan Dated 4/30/2014 (NFC)
R / M #: 16 / 0

### Appearances:

Debtor: Rosenblum

Trustee: Winnecour / Bedford / Pail / (Katz)

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  Sept 22  2016  at  3:30 pm .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Nationstar in 2nd position

JP Morgan Chase loss mit extended to 8/29/16 by 7/16/16 order

Amended Schedule I based on current income.