**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KENNETH REMLEY, II, AND ) | Case No: 14-21423-GLT |
| DAWN R. REMLY, ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| KENNETH REMLEY, II, AND ) | |
| DAWN R. REMLY, ) | |
| Movant(s), ) | |
| ) | Related to Document No.: 100 |
| v. ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO EXTEND LOSS MITITGATION**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on September 13, 2016. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Kenneth H. Remley, II**
**Dawn R. Remley**
160 Hickory Drive
Beaver Falls, PA 15010

**JPMorgan Chase Bank, N.A.**
**Kroll Factual Data**
5200 Hahns Peak Dr.
Loveland, CO 80538

**Casey Sturtevant**
**JPMorgan Chase Bank, N.A.**
1820 E Sky Harbor Circle S.
Phoenix, AZ, 85034-4850

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Paul William Cressman**
**JPMorgan Chase Bank, N.A.**
pawb@fedphe.com

**James A. Prostko**
**Nationstar Mortgage, LLC**
james.prostko@phelanhallinan.com

Executed on: September 13, 2016

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net