**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kenneth H. Remley II** | : | Case No. 14−21423−GLT |
| **Dawn R. Remley** | : | Chapter: 13 |
| **aka Dawn Rochelle Remley, aka Shelly Remley** | : | |
| *Debtor(s)* | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Related to Claim No. 9 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Kenneth H. Remley II | : | |
| Dawn R. Remley | : | |
| aka Dawn Rochelle Remley, aka Shelly Remley | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

    **AND NOW**, this **24th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, N.A.* at Claim No. 9 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)    an *AMENDED CHAPTER 13 PLAN;*

(2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-21423-GLT
Kenneth H. Remley, II                                           Chapter 13
Dawn R. Remley
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala              Page 1 of 1           Date Rcvd: Oct 24, 2016
                              Form ID: 237            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.
```
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,    160 Hickory Drive,    Beaver Falls, PA 15010-1418
13974678       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai Rosenblum    on behalf of Joint Debtor Dawn R. Remley dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Debtor Kenneth H. Remley, II dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```