# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | KENNETH H. & DAWN R. REMLEY |
| **Case Number:** | 14-21423-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 17, 2016  10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#16 - Continued Confirmation of Plan Dated 4/30/2014 (NFC)
R / M #: 16 / 0

### Appearances:

Rosenblum

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

*RECEIVED 2016 NOV 17 P 2:47 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 1/19/17 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/9/2016    3:46:09PM