FILED
11/16/16 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KENNETH REMLEY, II, AND ) | Case No: 14-21423-GLT |
| DAWN R. REMLY, ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |
| KENNETH REMLEY, II, AND ) | |
| DAWN R. REMLY, ) | |
| Movant(s), ) | |
| ) | Related to Document No.: 103 |
| v. ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**MODIFIED ORDER**

A Loss Mitigation Order dated June 30, 2015, was entered in the above matter at Document No. 37. On October 10, 2016, a Motion to Extend the Loss Mitigation Period was filed by the Movants at Document No. 103.

AND NOW, this ____16th____ day of ____November, 2016,____,

it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is extended up to and including, **February 28, 2017.**

Based on the order dated November 16, 2016 approving interim mortgage loan modification with JP Morgan Chase [Dkt. No. 109], it is hereby ORDERED, ADJUDGED AND DECREED that the STATUS CONFERENCE SCHEDULED FOR November 23, 2016 IS CANCELLED.

_____
Judge Gregory L. Taddonio    cgt
United States Bankruptcy Court

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Case Administrator to serve: Dai Rosenblum, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth H. Remley, II
Dawn R. Remley
　　　　Debtors

Case No. 14-21423-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: gamr　　　Page 1 of 1　　　Date Rcvd: Nov 16, 2016
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,    160 Hickory Drive,    Beaver Falls, PA 15010-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
　　　　Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
　　　　 agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
　　　　Dai Rosenblum    on behalf of Joint Debtor Dawn R. Remley dunmyrem@zoominternet.net,
　　　　 dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
　　　　Dai Rosenblum    on behalf of Debtor Kenneth H. Remley, II dunmyrem@zoominternet.net,
　　　　 dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
　　　　James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
　　　　 james.prostko@phelanhallinan.com
　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7