# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| **Debtor:** | KENNETH H. & DAWN R. REMLEY |
| **Case Number:** | 14-21423-GLT   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 19, 2017 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**Matter:**

#16 - Continued Confirmation of Plan Dated 4/30/2014 (NFC)
R / M #:  16 / 0

**Appearances:**

Debtor:  Rosenblum
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:  Prostko for JP morgan to chase

*[handwritten: TR mod effect. (in month 3)]*

**Proceedings:**

Outcome:

*[handwritten: Continued for final mod order and amended plan.]*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✗___ Plan/Motion continued to __4/27/17__ at __1:30 pm__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Also Debtor to file amended schedule I & schedule J.]*

1/11/2017   3:49:05PM