

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: 14-21423-GLT |
|---|---|---|
|  | : | Chapter: 13 |
| Kenneth H. Remley, II | : |  |
| Dawn R. Remley | : |  |
|  | : | Date: 3/8/2017 |
| Debtor(s). | : | Time: 02:30 |

## PROCEEDING MEMO

**MATTER:** #109 - Status Conference to Determine Final Loan Modification Status with JPMorgan Chase (#37/32)
#120 - Motion to Extend LMP

**APPEARANCES:**
Debtor:     Dai Rosenblum
JPMorgan:   James Prostko

**NOTES:**

Rosenblum - Progress has been made. Debtors making plan payments to the trustee. Chase requested that payments be made directly by the Debtors. Attorney Prostko told Chase that could not be done. One more trial payment to be made. Payments have been about $43 short due to the payments of trustee fees. Will instruct Debtors to increase the plan payment and make up the previous short payments.

Prostko - Debtors are paying the amount set forth in the interim loan modification order. After the trustee deducts her commission, the payments to Chase were a bit short.

Rosenblum - Nationstar holds the second mortgage. Would not consider a loan modification until LMP with Chase is completed.

Prostko - Loss mitigation with Nationstar is ongoing.

**OUTCOME:**

1. Matter continued to May 17, 2017 at 10:00 a.m.
2. LMP period extended for 75 days.
(Text Orders to issue).

**DATED:** 3/8/2017