**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KENNETH H. REMLEY, II, AND ) | Case No: 14-21423-GLT |
| DAWN R. REMLEY, ) | |
|     Debtor(s). ) | Chapter 13 |
| ) | |
| KENNETH H. REMLEY, II, AND ) | |
| DAWN R. REMLEY, ) | |
|     Movant(s), ) | |
| ) | Related to Document No.: 124 |
|     v. ) | |
| ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | Hearing Date: 05/17/2017 |
| ) | |
|     Respondent. ) | Hearing Time: 9:00 AM |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | Response Deadline: 04/17/2017 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF DEBTORS FOR APPROVAL OF MORTGAGE MODIFICATION AGREEMENT**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 17, 2017, (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on May 17, 2017, at 9:00 a.m. before Judge Gregory L. Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: March 30, 2017

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
Suite B, 254 New Castle Road
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net