**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KENNETH H. REMLEY, II, AND ) | Case No: 14-21423-GLT |
| DAWN R. REMLEY, ) | |
|     Debtor(s). ) | Chapter 13 |
| ) | |
| KENNETH H. REMLEY, II, AND ) | |
| DAWN R. REMLEY, ) | |
|     Movant(s), ) | |
| ) | Related to Document No.: 124, 125 |
| v. ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | Hearing Date: 05/17/2017 |
| ) | |
|     Respondent. ) | Hearing Time: 9:00 AM |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | Response Deadline: 04/17/2017 |

**CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL OF MORTGAGE MODIFICATION AGREEMENT AND NOTICE SETTING HEARING**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on August 28, 2014. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Kenneth H. Remley, II
Dawn R. Remley
160 Hickory Drive
Beaver Falls, PA 15010

JPMorgan Chase Bank, N.A.
Kroll Factual Data
5200 Hahns Peak Dr.
Loveland, CO 80538

Casey Sturtevant
JPMorgan Chase Bank, N.A.
1820 E Sky Harbor Circle S.
Phoenix, AZ, 85034-4850

Lucia Gonzalez
1820 E Sky Harbor Circle S
Phoenix, AZ, 85034-4850

Allied Adjustors
PO Box 1006
Aliquippa, PA 15001

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Asset Acceptance
P.O. Box 1630
Warren, MI 48090

Bank of America
P.O. Box 15137
Wilmington, DE 19850-5137

Bank of America (FIA Card Services)
P.O. Box 15137
Wilmington, DE 19850-5137

Beaver County Treasurer
810 Third Street
Beaver, PA 15009

Cavalry Portfolio Services
P.O. Box 27288
Tempe, AZ 85282-7288

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 24696
Columbus, OH 43224

Department Stores National Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Card Services
P.O. Box 15316
Wilmington, DE 19850

Heritage Valley Medical Center
of Beaver
1000 Dutch Ridge Road
Beaver, PA 15009

JP Morgan Chase
1111 Polaris Parkway
Columbus, OH 43240-2050

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 71203

Macys
P.O. Box 183083
Columbus, OH 43218-3308

Macys (MCYDSNB)
9111 Duke Blvd.
Mason, OH 45040

Midland Credit Management, Inc.
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Midland Funding
8875 Aero Drive
Ste. 200
San Diego, CA 92123

Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067

NATIONSTAR MORTGAGE, LLC
C/O Weinstein, Pinson, & Riley, P.S.
2001 Western Avenue, Ste. 400
Seattle, WA 98121

Phelan Hallinan, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 360
Pittsburgh, PA 15219

Sears/CBNA
P.O. Box 6283
Sioux Falls, SD 57117

Travelers Insurance Co.
P.O. Box 660307
Dallas, TX 75266-0307

**Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):**

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Paul William Cressman**
**JPMorgan Chase Bank, N.A.**
pawb@fedphe.com

**James A. Prostko**
**Nationstar Mortgage, LLC**
james.prostko@phelanhallinan.com

**JPMorgan Chase Bank, N.A.**
Via DMM Portal message

Executed on: August 28, 2014

　/s/ Dai Rosenblum, Esq.　
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net