# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** KENNETH H. & DAWN R. REMLEY
**Case Number:** 14-21423-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 08, 2017 11:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#139 - Amended Plan Dated 5-1-17 (NFC)
R / M #:  139 / 0

### Appearances:

*Rosenblum*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _8/3/17_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JUN -8 P 3:04 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

6/2/2017    11:27:21AM