# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** KENNETH H. & DAWN R. REMLEY
- **Case Number:** 14-21423-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 03, 2017  11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#139 - Continued Confirmation of Plan Dated 5/1/2017 (NFC)
R / M #:  139 / 0

**Appearances:**
- Debtor: Rosenblum
- Trustee: Winnecour / Bedford / Pail / Katz
- Creditor:

RECEIVED 2017 AUG -3 P 2:21 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-5-17 at 2:00 PM.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Failure to make payments will result dismissal —

7/26/2017    3:41:24PM