UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | KENNETH H. & DAWN R. REMLEY |
| **Case Number:** | 14-21423-GLT   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 25, 2018 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#139 - Continued Confirmation of Plan Dated 5/1/2017 (NFC)
R / M #:  139 / 0

### *Appearances:*

Rosenblum

Debtor:
Trustee: Winnecour / (Paul) Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 2/14/18 at 9:00.
10. _____ Other:

No pmt since 9/17