IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 14-21423-GLT |
| | : | Chapter: 13 |
| Kenneth H. Remley, II | : | |
| Dawn R. Remley | : | |
| | : | Date: 2/14/2018 |
| *Debtor(s).* | : | Time: 10:30 |

**FILED**
FEB 15 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:** #149 - Status Conference on Loss Mitigation Program (Nationstar) (#141/140)

#139 - Confirmation of Chapter 13 Plan Dated 5-1-17 (NFC)

**APPEARANCES:**
Debtor: Dai Rosenblum
Trustee: Owen Katz
Nationstar: Jody Haas

**NOTES:**

Court: Why was nothing done in loss mitigation for five months?

Rosenblum: Nationstar would not accept the handwritten 1040 we supplied. Had to get it retyped. There were additional issues with outstanding profit/loss statements and MORs, and there were communication difficulties with the Debtors, but the case is now back on track.

Haas: Looks like all the requested documents have been submitted. No issue with continuing the loss-mitigation period.

Rosenblum: Regarding the plan, needs to determine whether loss-mitigation is approved. Can then crunch the numbers to see if a feasible plan is possible.

**OUTCOME:**

1. On or before February 21, 2018, Nationstar shall determine whether it has received all documents necessary to make a determination as to whether to offer the Debtors a modification of their loan. To the extent the need for additional documents is set forth in the status report, the Debtors shall respond to any reasonable request within 21 days of the request. To the extent the February 21 status report from Nationstar does not identify any other required documentation, Nationstar shall be barred from requesting any further documents from the Debtor and shall issue a loan modification determination on or before March 23, 2018. The Debtors shall serve a copy of this order on Nationstar and upload a copy to the DMM Portal. (CT to prepare.)

2. The loss-mitigation period is continued by 60 days. (Text Order to issue.)

3. The status conference [Dkt. No. 149] is concluded. (Text Order to issue.)

4. The hearing on plan confirmation [Dkt. No. 139] is continued to March 28, 2018 at 9:30 a.m. (Text Order to issue.)

**DATED:** 2/14/2018