IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 14-21423-GLT |
| | : | Chapter: 13 |
| Kenneth H. Remley, II | : | |
| Dawn R. Remley | : | |
| | : | Date: 3/28/2018 |
| Debtor(s). | : | Time: 09:30 |

**FILED**

MAR 28 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:* #139 - Continued Confirmation of Chapter 13 Plan Dated 5-1-17 (NFC)

*APPEARANCES:*

    Debtor:    Dai Rosenblum
    Trustee:    Ronda J. Winnecour
    Nationstar:    James Prostko

*NOTES:*

Winnecour: The arrearage exceeds $23,000. Received a $4,283 payment in February but nothing since.

Rosenblum: The plan was up in the air because it depended on receiving a loan modification on the second mortgage. Has negotiated the modification and now needs to crunch the numbers to see if the plan will be feasible.

Prostko: Apologizes for missing the Court's March 23, 2018 deadline. However, the DMM Portal indicates that a loan modification will be offered on a permanent basis. Does not know the new mortgage payments yet.

Court: It seems as if this may not change the plan payment at all.

Rosenblum: It may reduce the escrow and interest payments.

Winnecour: This is a 48-month plan with one month left.

Rosenblum: It can be extended to 60 months. Requests a continuance to meet with the Debtors and file an amended plan.

*OUTCOME:*

1. On or before May 14, 2018, the Debtors shall file an amended plan. (CT to issue System Order and set for conciliation.)

2. On or before May 14, 2018, the Debtors shall file a status report addressing their ability to make plan payments. (Text Order to issue.)

3. On or before April 4, 2018, Nationstar shall provide the Debtors with the final loan modification documents. (Text Order to issue.)

**DATED:** 3/28/2018