Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth H. Remley II**
**Dawn R. Remley**
**aka Dawn Rochelle Remley, aka Shelly Remley**
   Debtor(s)

Bankruptcy Case No.: 14–21423–GLT
Chapter: 13
Related to Document No.: 139
Concil. Conf.: June 21, 2018 at 09:00 AM

## ORDER

On March 28, 2018, a hearing was conducted on the Chapter 13 Plan Dated May 1, 2017 [Dkt. No. 139], at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **The 29th of March, 2018**, it is hereby **ORDERED, ADJUDGED** and *DECREED* that:

(1) *On or before May 14, 2018,* the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) *On or before June 4, 2018,* all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) *On June 21, 2018 at 09:00 AM ,* a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: March 29, 2018

cm: Debtor
    Counsel for Debtors

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kenneth H. Remley, II
Dawn R. Remley
    Debtors

Case No. 14-21423-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: ctak     Page 1 of 1     Date Rcvd: Mar 29, 2018
                        Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db/jdb        +Kenneth H. Remley, II,   Dawn R. Remley,   160 Hickory Drive,   Beaver Falls, PA 15010-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor   First Horizon Home Loans, Et Al...
             agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Dai  Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
             pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
            Dai  Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
             pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
            James  Warmbrodt    on behalf of Creditor   First Horizon Home Loans, Et Al...
             bkgroup@kmllawgroup.com
            James A. Prostko    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
             james.prostko@phelanhallinan.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Paul William Cressman    on behalf of Creditor   JPMorgan Chase Bank, N.A. pawb@fedphe.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 8