**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE: | |
| KENNETH H. REMLEY, II | BK. No. 14-21423-GLT |
| DAWN R. REMLEY A/K/A DAWN ROCHELLE | |
| REMLEY A/K/A SHELLY REMLEY | Chapter No. 13 |
| Debtors | |
| | Document No. |
| JPMORGAN CHASE BANK, NATIONAL | |
| ASSOCIATION | Hearing Date: JUNE 20, 2018 |
| Movant | |
| v. | Hearing Time: 10:00 am |
| KENNETH H. REMLEY, II | |
| DAWN R. REMLEY A/K/A DAWN ROCHELLE | Objection Date: JUNE 11, 2018 |
| REMLEY A/K/A SHELLY REMLEY | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE | |
| (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 5/25/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219<br>cmecf@chapter13trusteewdpa.com | KENNETH H. REMLEY, II<br>160 HICKORY DRIVE<br>BEAVER FALLS, PA 15010 |
| DAI ROSENBLUM, ESQUIRE<br>254 NEW CASTLE ROAD, SUITE B<br>BUTLER, PA 16001-2529<br>Jody@dairosenblumbankruptcy.com | DAWN R. REMLEY<br>160 HICKORY DRIVE<br>BEAVER FALLS, PA 15010 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>ustpregions03.pi.ecf@usdoj.gov | RONDA J. WINNECOUR, ESQUIRE<br>(TRUSTEE)<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

5/25/2018