## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| KENNETH H. REMLEY, II | BK. No. 14-21423 GLT |
| DAWN R. REMLEY : | |
| A/K/A DAWN ROCHELLE REMLEY : | Chapter No. 13 |
| A/K/A SHELLY REMLEY : | |
| Debtors : | Related to Document No. 170 |
| : | |
| JPMORGAN CHASE BANK, NATIONAL : | |
| ASSOCIATION : | |
| Movant : | |
| v. : | |
| KENNETH H. REMLEY, II : | |
| DAWN R. REMLEY : | |
| A/K/A DAWN ROCHELLE REMLEY : | |
| A/K/A SHELLY REMLEY : | |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 170**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on May 25, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than June 11, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: June 12, 2018

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KENNETH H. REMLEY, II | BK. No. 14-21423 GLT |
| DAWN R. REMLEY : | |
| A/K/A DAWN ROCHELLE REMLEY : | Chapter No. 13 |
| A/K/A SHELLY REMLEY : | |
|       Debtors : | Related to Document No. 170 |
| : | |
| JPMORGAN CHASE BANK, NATIONAL : | |
| ASSOCIATION : | |
|       Movant : | |
| v. : | |
| KENNETH H. REMLEY, II : | |
| DAWN R. REMLEY : | |
| A/K/A DAWN ROCHELLE REMLEY : | |
| A/K/A SHELLY REMLEY : | |
|       and : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
|       Respondents | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

      I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 6/12/2018.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) <br> SUITE 3250, USX TOWER, 600 GRANT STREET <br> PITTSBURGH, PA 15219 <br> cmecf@chapter13trusteewdpa.com | KENNETH H. REMLEY, II <br> 160 HICKORY DRIVE <br> BEAVER FALLS, PA 15010 |
| | DAWN R. REMLEY <br> 160 HICKORY DRIVE <br> BEAVER FALLS, PA 15010 |
| DAI ROSENBLUM, ESQUIRE <br> 254 NEW CASTLE ROAD, SUITE B <br> BUTLER, PA 16001-2529 <br> Jody@dairosenblumbankruptcy.com | RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) <br> SUITE 3250, USX TOWER <br> 600 GRANT STREET <br> PITTSBURGH, PA 15219 |
| OFFICE OF THE UNITED STATES TRUSTEE <br> 1001 LIBERTY AVENUE, SUITE 970 <br> PITTSBURGH, PA 15222 <br> ustpregions03.pi.ecf@usdoj.gov | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail