**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kenneth H. Remley II**
**Dawn R. Remley**
**aka Dawn Rochelle Remley, aka Shelly Remley**
  Debtor(s)

Bankruptcy Case No.: 14–21423–GLT
Related to Docket No. 183
Chapter: 13
Docket No.: 184 – 183
Concil. Conf.: September 6, 2018 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **August 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **August 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **September 6, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 18, 2018

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-21423-GLT
Kenneth H. Remley, II                                             Chapter 13
Dawn R. Remley
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: ctak                  Page 1 of 2                  Date Rcvd: Jun 18, 2018
                               Form ID: 213                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,    160 Hickory Drive,    Beaver Falls, PA 15010-1418
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13848057       +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
13848059        Bank of America,    P.O. Box 15137,    Wilmington, DE 19850-5137
13848060        Bank of America (FIA Card Services),    P.O. Box 15137,    Wilmington, DE 19850-5137
13848061       +Beaver County Treasurer,    810 Third Street,    Beaver, PA 15009-2196
13848063       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13848064       +Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
13853899       +Department Stores National Bank/Macy's,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13848066       +Heritage Valley Medical Center,     of Beaver,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13830662        JP Morgan Chase,    1111 Polaris Parkway,    Columbus, OH 43240-2050
13974678       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13848067       +Macys,    P.O. Box 183083,    Columbus, OH 43218-3083
13848068       +Macys (MCYDSNB),    9111 Duke Blvd.,    Mason, OH 45040-8999
13878398       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13848071       +Sears/CBNA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13848072        Travelers Insurance Co.,    P.O. Box 660307,    Dallas, TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13833986        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2018 02:24:42
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13848058       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 19 2018 02:11:09     Asset Acceptance,
                 P.O. Box 1630,    Warren, MI 48090-1630
13848062        E-mail/Text: bankruptcy@cavps.com Jun 19 2018 02:11:19     Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com Jun 19 2018 02:11:19     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13851290        E-mail/Text: mrdiscen@discover.com Jun 19 2018 02:10:49     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13848065       +E-mail/Text: mrdiscen@discover.com Jun 19 2018 02:10:49     Discover Financial Card Services,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
13903496       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 02:11:11     Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
13848069       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 02:11:11     Midland Funding,
                 8875 Aero Drive,    Ste. 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13830663      ##+Phelan Hallinan, LLP,    Omni William Penn Office Tower,    555 Grant Street, Suite 360,
                 Pittsburgh, PA 15219-4411
                                                                                              TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: ctak              Page 2 of 2         Date Rcvd: Jun 18, 2018
                              Form ID: 213            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

```
          Andrew F Gornall     on behalf of Creditor    First Horizon Home Loans, Et Al...
           andygornall@latouflawfirm.com
          Dai   Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James   Warmbrodt     on behalf of Creditor    First Horizon Home Loans, Et Al...
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```