# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   14-21423-GLT
                                                    : Chapter:    13
Kenneth H. Remley, II
Dawn R. Remley                                      :
                                                    : Date:       6/20/2018
               *Debtor(s)*.                         : Time:       10:00

**FILED**
**JUN 21 2018**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #170 - Motion for Relief from Automatic Stay by JPMorgan Chase Bank, N.A.
            #177 - CNO Filed
            #181 - Response by Debtor

*APPEARANCES:*
            Debtor:     Dai Rosenblum
            Trustee:    Jana Pail
            JPMorgan:   Jodi Hause

*NOTES:*

Hause: The Debtors are $25,000 in arrears on their plan. There doesn't appear to be equity in the property. Willing to continue the hearing on motion to see whether the Debtors' proposed amended plan can cure the arrearage.

Rosenblum: The Debtor suffered a back injury but has since returned to work.

*OUTCOME:*

1. The hearing on the Motion for Relief from Stay [Dkt. No. 170] is continued to July 18, 2018 at 9:30 a.m. (Text Order to issue.)

**DATED:** 6/20/2018