IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 19 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 14-21423-GLT |
| | Chapter 13 |
| KENNETH H. REMLEY II, | |
| DAWN R. REMLEY a/k/a | |
| DAWN ROCHELLE REMLEY a/k/a | |
| SHELLY REMLEY, | |
| *Debtors.* | |
| | |
| JPMORGAN CHASE, N.A., | Related to Doc. Nos. 170, 183 |
| *Movant,* | |
| v. | |
| KENNETH H. REMLEY II, | |
| DAWN R. REMLEY a/k/a | |
| DAWN ROCHELLE REMLEY a/k/a | |
| SHELLY REMLEY, | |
| *Respondents.* | |

## ORDER

This matter came before the Court upon the *Motion of JPMorgan Chase Bank, National Association for Relief from the Automatic Stay Under § 362 Pursuant to Bankruptcy Procedure Rule 4001* [Dkt. No. 170] ("*Motion for Relief from Stay*"). The Debtors filed a response [Dkt. No. 181]. The chapter 13 trustee also filed a *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 183] ("*Certificate of Default*").

After a hearing on June 18, 2018, and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  The hearing on the *Motion for Relief from Stay* [Dkt. No. 170] is continued to **August 15, 2018 at 11:00 a.m.** in Courtroom A, 54th Fl. U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219. In the event that the Debtors fail to make plan payments to the chapter 13 trustee as required from the date of this *Order* through the continued hearing date, the Court may grant the *Motion for Relief from Stay* [Dkt. No. 170] without further hearing upon the filing of an affidavit of default by JPMorgan Chase, N.A. The affidavit shall contain a statement of the default as supported by JPMorgan Chase, N.A.'s own records as well as the records of the chapter 13 trustee.

2.  In the event that the Debtors fail to make subsequent plan payments to the chapter 13 trustee as required, the Court may dismiss the case without prejudice and without further notice or hearing upon the filing of an affidavit of default by the chapter 13 trustee or any party-in-interest. The affidavit shall contain a statement of the default as supported by party's own records as well as the records of the chapter 13 trustee.

3.  On or before **July 24, 2018**, JPMorgan Chase shall serve a copy of this *Order* on the Debtors, Attorney Dai Rosenblum, the chapter 13 trustee, and the U.S. Trustee and shall file a certificate of service.

Dated: July 19, 2018

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Serve:
JPMorgan Chase, N.A.
Jodi Hause, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21423-GLT
Kenneth H. Remley, II                                                   Chapter 13
Dawn R. Remley
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut             Page 1 of 1          Date Rcvd: Jul 19, 2018
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db/jdb         +Kenneth H. Remley, II,   Dawn R. Remley,    160 Hickory Drive,   Beaver Falls, PA 15010-1418
13830662        JP Morgan Chase,    1111 Polaris Parkway,   Columbus, OH 43240-2050
13974678       +JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9