UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 14-21423-GLT |
| | : | |
| KENNETH H REMLEY II | : | Chapter 13 |
| DAWN R REMLEY | : | |
| Debtor | : | Judge Taddonio |
| | : | |
| | : | |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF**
**Beaver County Tax Claim Bureau AND REQUEST FOR NOTICE**

Kindly enter the appearance of the undersigned on behalf of the creditor, Beaver County Tax Claim Bureau, and add my name to the mailing matrix to receive notices of all matters in this case.

**Robert J. Taylor, Esq.**
**Law Offices of Taylor & Alsko**
**337 Merchant Street**
**Ambridge, PA 15003**
724-266-2370
724-266-6650 fax
rjt52@hotmail.com

Respectfully Submitted,

/s/ Robert J. Taylor
Robert J. Taylor, Esq.
TAYLOR & ALSKO
337 Merchant Street
Ambridge, PA 15003
Phone: 724-266-2370
PA ID 05268

Date: August 14, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 14-21423-GLT |
| | : | |
| KENNETH H REMLEY II | : | Chapter 13 |
| DAWN R REMLEY | : | |
| Debtor | : | Judge Taddonio |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, ROBERT J. TAYLOR, ESQ., hereby certify that on this 14th day of August, 2018, I have caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice on behalf of Creditor, Beaver County Tax Claim Bureau, to be served by regular, first class mail, postage pre-paid upon:

Dai Rosenblum, Esq.
254 New Castle Road, Suite B
Butler, PA 16001-2529

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Beaver County Tax Claim Bureau
Attn: Kevin McIlwain
810 3rd Street Courthouse
Beaver, PA 15009

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date Executed: August 14, 2018

Respectfully Submitted,

/s/ Robert J. Taylor
Robert J. Taylor, Esq.
337 Merchant Street, Ambridge, PA 15003
Email: rjt52@hotmail.com
Phone: 724-266-2370 / Fax: 724-266-6650
PA ID 05268