UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 14-21423-GLT |
|     Kenneth H. Remley II | : | |
|     Dawn R. Remley | : | Chapter 13 |
|     Debtor | : | |
| ********************************** | : | Related to Docs. 202, 203 |
|     Beaver County Tax Claim Bureau | : | |
| | : | Hearing Date/Time: |
|     Movant | : | 9/6/2018 at 9:00am |
| | : | *Conciliation Conf.* |
|     -vs- | : | |
|     Kenneth H. Remley II, Debtor and | : | |
|     Dawn R. Remley, Debtor, and | : | |
|     Ronda J. Winnecour, Esquire | : | |
|     (Trustee) | : | |
|     Respondents | : | |

---

CERTIFICATE OF SERVICE of (Doc. 202)
Objection of Beaver County Tax Claim Bureau to Confirmation to the Debtors' Chapter 13 Plan Dated July 31, 2018

    I, Robert J. Taylor, Esq. hereby certify under penalty of perjury that I am at least 18 years of age and that on the 16th day of August, 2018, I mailed a true and correct copy of the foregoing pleading to the following parties via regular US Mail, postage prepaid:

Kenneth H Remley, II          Dawn R. Remley
160 Hickory Drive             160 Hickory Drive
Beaver Falls, PA 15010        Beaver Falls, PA 15010

Date Executed: August 16, 2018

                                                     By:    /s/ Robert J. Taylor
                                                             Robert J. Taylor, Esq.
                                                              TAYLOR & ALSKO
                                                              337 Merchant Street
                                                              Ambridge, PA 15003
                                                              Email: rjt52@hotmail.com
                                                              Phone: 724-266-2370
                                                              Fax: 724-266-6650
                                                              PA ID 05268