## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-21423-GLT |
| | : | Chapter: | 13 |
| Kenneth H. Remley, II | : | | |
| Dawn R. Remley | : | | |
| | : | Date: | 9/12/2018 |
| *Debtor(s).* | : | Time: | 11:00 |

**FILED**

SEP 12 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### PROCEEDING MEMO

*MATTER:*  #170 - Continued Relief from Automatic Stay by JPMorgan Chase N.A.

*APPEARANCES:*

| | |
|---|---|
| Debtor: | Dai Rosenblum |
| Trustee: | Owen Katz |
| JPMorgan: | Jodi Hause |

*NOTES:*

Hause: There are no pending issues remaining with the motion.  A drop dead order continuing for the rest of the case would be appropriate.

Rosenblum: No objection.
*OUTCOME:*

1. Within 7 days, parties to submit under a certification of counsel a proposed order granting the Motion for Relief from Stay [Dkt. No. 170] but staying any such relief until such a time as debtor fails to make a timely payment (Text order to issue).

**DATED:** 9/12/2018