FILED
9/24/18 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE: | |
| KENNETH H. REMLEY, II | BK. No. 14-21423-GLT |
| DAWN R. REMLEY A/K/A DAWN ROCHELLE | |
| REMLEY A/K/A SHELLY REMLEY | Chapter No. 13 |
| Debtors | |
| | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | Related to Doc. Nos. 170 and 210 |
| Movant | |
| v. | |
| KENNETH H. REMLEY, II | |
| DAWN R. REMLEY A/K/A DAWN ROCHELLE | |
| REMLEY A/K/A SHELLY REMLEY | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| Respondents | |

**ORDER GRANTING CONDITIONAL RELIEF FROM STAY IN FAVOR OF**
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

**AND NOW**, this 24th day of September, 2018, after the continued hearing on the Motion for Relief from the Automatic stay filed by upon JPMorgan Chase Bank, National Association ("Movant"), and due consideration of the Debtors' response thereto, and upon consideration of arguments and statements of counsel at the hearing held thereon,

It is hereby **ORDERED** that the automatic stay is terminated as it affects the interests of the Movant with respect to that certain collateral referenced in Movant's Motion for Relief from the Automatic Stay as being 160 Hickory Drive, Beaver Falls, PA 15010; **PROVIDED HOWEVER**, that this Order granting relief from stay is stayed for so long as, on a go forward basis from and after the date of this Order, the Debtors shall timely made full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

It is hereby further **ORDERED** that *time is of the essence*. For the duration of this bankruptcy case, in the event that the Debtors fail to make any subsequent plan payments (as well

as such other payments that may be required by this Order) to the Chapter 13 Trustee, then the stay of this Order shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with said property or collateral upon the filing of an Affidavit of Default by Movant without further hearing or without entry of an additional order. Such Affidavit of Default shall contain a statement of default as supported by the creditor's own records as well as the records of the Chapter 13 Trustee.

In the event that the automatic stay is terminated as provided in this Order, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject collateral, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio    **cgt**
UNITED STATES BANKRUPTCY JUDGE

Contested to by:

*/s/ Jodi L. Hause*
Jodi L. Hause, Esquire
Attorney for Movant

*/s/ Dai Rosenblum*
Dai Rosenblum, Esquire
Attorney for Debtors

*/s/ Jana Pail*
Jana Pail, Esquire
Attorney for the Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21423-GLT
Kenneth H. Remley, II                                                   Chapter 13
Dawn R. Remley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala                  Page 1 of 1                  Date Rcvd: Sep 24, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db/jdb         +Kenneth H. Remley, II,   Dawn R. Remley,   160 Hickory Drive,   Beaver Falls, PA 15010-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai   Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James   Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 11