**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/13/2018

IN RE:

| | |
|---|---|
| KENNETH H. REMLEY, II<br>DAWN R. REMLEY<br>160 HICKORY DRIVE<br>BEAVER FALLS, PA  15010<br>XXX-XX-7988          Debtor(s)<br><br>XXX-XX-5156 | Case No.14-21423 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/13/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:9-2<br>CLAIM:  18,201.99<br>COMMENT:  LOAN MOD @ 21*AMD CL=0 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1819 |
| **FIRST HORIZON HOME LOANS**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  19,701.86<br>COMMENT:  BGN 5-14*633/PL*2ND*633.10 X (48+2)=LMT*LOAN MOD CID 22*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7310 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA  15009-2194 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ALREADY PD/RJB*NT PROV/PL*DK | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  170 HICKORY DR:12 |
| **ALLIED ADJUSTORS**<br>PO BOX 1006<br>ALIQUIPPA, PA  15001 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  89.00<br>COMMENT:  285493*BRIGHTON RADIOLOGY*INSUF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5493 |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br>WARREN, MI  48090 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~BOA/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  12249 |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br>WARREN, MI  48090 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~BOA/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  122374904 |
| **MIDLAND CREDIT MANAGEMENT INC - AGENT -**<br>PO BOX 2036<br>WARREN, MI  48090 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  9,344.24<br>COMMENT:  122759129/SCH*FIA CRD SVC*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1462 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  64,040.56<br>COMMENT:  42665142/SCH*BOA FIA CRD SVC*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9697 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  51225710 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  10,167.52<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6381 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACY'S**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,717.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9488 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 379.99<br>COMMENT: 853568/SCH*CITIBANK*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7320 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 512107187778 |
| **FIRST HORIZON HOME LOANS**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: THRU 4-14*NT PROV/PL*2ND*LMP PNDG@CID 20*LOAN MOD @22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7310 |
| **BEAVER COUNTY**<br>OFFICE OF THE TREASURER*<br>810 3RD ST<br>BEAVER, PA 15009 | Trustee Claim Number:15  INT %: 10.00%<br>Court Claim Number:8<br>CLAIM: 266.18<br>COMMENT: 57-026-0236-000-1*14*YR NT/SCH-PL*WNTS 0%*STAT ISSUE*GU BAR TIMELY*BGN | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FIRST HORIZON HOME LOANS**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: DISALLOW/OE*$740*NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W14 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7310 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ 21*AMD CL=0 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1819 |
| **NATIONSTAR MORTGAGE LLC****<br>ATTN BANKRUPTCY NOTICES - LEGAL<br>PO BOX 619096<br>DALLAS, TX 75261-9741 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 27,607.75<br>COMMENT: LOAN MOD @ 21*AMD | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1819 |
| **FIRST HORIZON HOME LOANS**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:06<br>CLAIM: 1,636.51<br>COMMENT: PMT/LMP OE*BG 6/17*2ND*MOD @CID 22*DKT | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7310 |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| 3415 VISION DR | Court Claim Number:09-2 | ACCOUNT NO.: 1819 |
| MAIL CODE OH4-7142 | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH  43219 | COMMENT: PMT/LOAN MOD-CONF-AMD CL*2366.46x(12REM+2)=LMT*BGN 4/17*FLD AFT BAR*/ | |
| | | |
| **FIRST HORIZON HOME LOANS** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:06-2 | ACCOUNT NO.: 7310 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: LOAN MOD; BG 5-18*DKT | |
| | | |
| **BEAVER COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:23  INT %: 9.00% | CRED DESC: Post Petition Claim (1305) |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:10 | ACCOUNT NO.: 0011 |
| 810 3RD ST | | |
| | CLAIM: 3,659.58 | |
| BEAVER, PA  15009-2194 | COMMENT: 570260236000011;15-17*YRS-CLM GOV@9%/CNFOE*BGN INT@ 9/18 | |
| | | |
| **ROBERT J TAYLOR ESQ** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| TAYLOR & HLADIO | Court Claim Number: | ACCOUNT NO.: |
| 337 MERCHANT ST | | |
| | CLAIM: 0.00 | |
| AMBRIDGE, PA  15003 | COMMENT: BEAVER CNTY TCB/PRAE | |