IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 14-21423GLT |
| Kenneth H. Remley, II | ) | Chapter13 |
| Dawn R. Remley | ) | |
|      Debtor(s) | ) | |
| | ) | Related to Dkt. No. 214 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Hearing:  June 5, 2019 at 11:00 a.m. |
|      Movant(s) | ) | |
|      Vs. | ) | |
| Kenneth H. Remley, II | ) | |
| Dawn R. Remley | ) | |
|      Respondent(s) | ) | |


NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall

separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted

by default without a hearing.  If a written response is timely filed, a hearing on

the Trustee's motion will be held on **June 5, 2019 at 11:00 a.m. before Judge**

**Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street,**

**Pittsburgh, Pennsylvania.**  Any party wishing to be heard at the hearing on the

Trustee's Motion to Dismiss should file a written response on or before **May 9,**

**2019.**

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| 4-19-19 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21423-GLT
Kenneth H. Remley, II                                                     Chapter 13
Dawn R. Remley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak            Page 1 of 2            Date Rcvd: Apr 22, 2019
                             Form ID: pdf900        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db/jdb        +Kenneth H. Remley, II,   Dawn R. Remley,   160 Hickory Drive,   Beaver Falls, PA 15010-1418
cr            +Beaver County Tax Claim Bureau,   Beaver County Courthouse,    810 Third Street,
               Beaver, PA 15009-2100
cr           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13848057      +Allied Adjustors,   PO Box 1006,   Aliquippa, PA 15001-0806
13848059       Bank of America,   P.O. Box 15137,   Wilmington, DE 19850-5137
13848060       Bank of America (FIA Card Services),   P.O. Box 15137,   Wilmington, DE 19850-5137
14897843      +Beaver County Tax Claim Bureau,   810 Third Street,   Beaver, PA 15009-2139
13848061      +Beaver County Treasurer,   810 Third Street,   Beaver, PA 15009-2196
13848063      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13848064      +Chase Bank,   P.O. Box 24696,   Columbus, OH 43224-0696
13853899      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13848066      +Heritage Valley Medical Center,   of Beaver,   1000 Dutch Ridge Road,   Beaver, PA 15009-9727
13830662       JP Morgan Chase,   1111 Polaris Parkway,   Columbus, OH 43240-2050
13974678      +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
               Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13848067      +Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
13848068      +Macys (MCYDSNB),   9111 Duke Blvd.,   Mason, OH 45040-8999
13878398      +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
               2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13848071      +Sears/CBNA,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13848072       Travelers Insurance Co.,   P.O. Box 660307,   Dallas, TX 75266-0307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13833986       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2019 02:53:20
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
13848058      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 23 2019 02:48:16      Asset Acceptance,
               P.O. Box 1630,   Warren, MI 48090-1630
13848062       E-mail/Text: bankruptcy@cavps.com Apr 23 2019 02:48:47      Cavalry Portfolio Services,
               P.O. Box 27288,   Tempe, AZ 85282-7288
13843032      +E-mail/Text: bankruptcy@cavps.com Apr 23 2019 02:48:47      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13851290       E-mail/Text: mrdiscen@discover.com Apr 23 2019 02:47:33      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13848065      +E-mail/Text: mrdiscen@discover.com Apr 23 2019 02:47:33      Discover Financial Card Services,
               P.O. Box 15316,   Wilmington, DE 19850-5316
13903496       E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2019 02:48:23      Midland Credit Management, Inc.,
               as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
13848069      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2019 02:48:23      Midland Funding,
               8875 Aero Drive,   Ste. 200,   San Diego, CA 92123-2255
                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First Horizon Home Loans, Et Al...
cr             JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13830663      ##+Phelan Hallinan, LLP,   Omni William Penn Office Tower,   555 Grant Street, Suite 360,
               Pittsburgh, PA 15219-4411
                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: ctak              Page 2 of 2             Date Rcvd: Apr 22, 2019
                              Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai Rosenblum     on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum     on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt     on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko     on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jodi L. Hause     on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman     on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Robert J. Taylor     on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 11
```