Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth H. Remley II** | : | Case No. 14–21423–GLT |
| **Dawn R. Remley** | : | Chapter: 13 |
| aka Dawn Rochelle Remley, aka Shelly Remley | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Dkt. No. 214 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 15th of May, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 14-21423-GLT
Kenneth H. Remley, II                                           Chapter 13
Dawn R. Remley
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak                  Page 1 of 2           Date Rcvd: May 15, 2019
                              Form ID: 309                Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,   160 Hickory Drive,    Beaver Falls, PA 15010-1418
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
13848057       +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
14897843       +Beaver County Tax Claim Bureau,    810 Third Street,    Beaver, PA 15009-2139
13848061       +Beaver County Treasurer,    810 Third Street,    Beaver, PA 15009-2196
13848064       +Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
13848066       +Heritage Valley Medical Center,    of Beaver,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13974678       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13878398       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13848072        Travelers Insurance Co.,    P.O. Box 660307,    Dallas, TX 75266-0307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13833986        EDI: AIS.COM May 16 2019 06:33:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13848058       +EDI: ACCE.COM May 16 2019 06:33:00     Asset Acceptance,    P.O. Box 1630,
                 Warren, MI 48090-1630
13848059        EDI: BANKAMER.COM May 16 2019 06:38:00     Bank of America,    P.O. Box 15137,
                 Wilmington, DE 19850-5137
13848060        EDI: BANKAMER.COM May 16 2019 06:38:00     Bank of America (FIA Card Services),
                 P.O. Box 15137,    Wilmington, DE 19850-5137
13848062        E-mail/Text: bankruptcy@cavps.com May 16 2019 02:46:20      Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com May 16 2019 02:46:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13848063       +EDI: CHASE.COM May 16 2019 06:38:00     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13853899       +EDI: TSYS2.COM May 16 2019 06:38:00     Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13851290        EDI: DISCOVER.COM May 16 2019 06:38:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13848065       +EDI: DISCOVER.COM May 16 2019 06:38:00     Discover Financial Card Services,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
13830662        EDI: CHASE.COM May 16 2019 06:38:00     JP Morgan Chase,    1111 Polaris Parkway,
                 Columbus, OH 43240-2050
13848067       +EDI: TSYS2.COM May 16 2019 06:38:00     Macys,    P.O. Box 183083,    Columbus, OH 43218-3083
13848068       +EDI: TSYS2.COM May 16 2019 06:38:00     Macys (MCYDSNB),    9111 Duke Blvd.,
                 Mason, OH 45040-8999
13903496       +EDI: MID8.COM May 16 2019 06:38:00     Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
13848069       +EDI: MID8.COM May 16 2019 06:38:00     Midland Funding,    8875 Aero Drive,   Ste. 200,
                 San Diego, CA 92123-2255
13848071       +EDI: SEARS.COM May 16 2019 06:38:00     Sears/CBNA,    P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13830663      ##+Phelan Hallinan, LLP,    Omni William Penn Office Tower,    555 Grant Street, Suite 360,
                 Pittsburgh, PA 15219-4411
                                                                                               TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: ctak                   Page 2 of 2                   Date Rcvd: May 15, 2019
                              Form ID: 309                 Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai  Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James  Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```