IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:    14-21423-GLT
                                                    : Chapter:     13
Kenneth H. Remley, II                               :
Dawn R. Remley                                      :                              **FILED**
                                                    : Date:        6/5/2019        JUN 05 2019
            *Debtor(s).*                            : Time:        11:00
                                                                                   CLERK, U.S. BANKRUPTCY COURT
                                                                                   WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #221 - Debtors' Motion to Reconsider Order Dismissing Case
            #224 - CNO Filed

*APPEARANCES:*
            Debtor:    Dai Rosenblum
            Trustee:   Jana Pail

*NOTES:*

Rosenblum: My office is in receipt of the check for the entire amount.

Pail: The check will be more than enough to finish the plan base.

*OUTCOME:*

1. The Motion to Reconsider [Dkt. No. 221] is granted (O/E).

2. The trustee's Motion to Dismiss [Dkt. No. 214] is reinstated and scheduled for a hearing on July 3, 2019 at 9:00 a.m. (Text order to issue).

3. On or before June 28, 2019, the trustee shall file a status report detailing payments received after June 4, 2019, or in the alternative, withdraw the Motion to Dismiss (Text order to issue).

**DATED:** 6/5/2019