FILED
6/26/19 6:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Kenneth H. Remley, II<br>Dawn R. Remley<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    Vs.<br>Kenneth H. Remley, II<br>Dawn R. Remley<br>    Respondent(s) | Case No. 14-21423GLT<br>Chapter 13<br><br>Related to Dkt. No. 214 and 220<br>Hearing:  July 3, 2019 at 9:00 a.m. |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on March 30, 2019 (document #99) is hereby WITHDRAWN.  The debtors made a payment of $23,356.32, that posted on June 10, 2019.  The hearing set for July 3, 2019 is cancelled.

                                                      Respectfully submitted

6/25/19                              /s/ Ronda J. Winnecour

                                    Ronda J. Winnecour (PA I.D. #30399)
                                    Attorney and Chapter 13 Trustee
                                    U.S. Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com

SO ORDERED
June 26, 2019

_____
GREGORY J. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21423-GLT
Kenneth H. Remley, II                                                   Chapter 13
Dawn R. Remley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 2           Date Rcvd: Jun 26, 2019
                              Form ID: pdf900           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
```
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,    160 Hickory Drive,    Beaver Falls, PA 15010-1418
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13848057       +Allied Adjustors,    PO Box 1006,    Aliquippa, PA 15001-0806
13848059        Bank of America,    P.O. Box 15137,    Wilmington, DE 19850-5137
13848060        Bank of America (FIA Card Services),    P.O. Box 15137,    Wilmington, DE 19850-5137
14897843       +Beaver County Tax Claim Bureau,    810 Third Street,    Beaver, PA 15009-2139
13848061       +Beaver County Treasurer,    810 Third Street,    Beaver, PA 15009-2196
13848063       +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13848064       +Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
13853899       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13848066       +Heritage Valley Medical Center,    of Beaver,    1000 Dutch Ridge Road,    Beaver, PA 15009-9727
13830662        JP Morgan Chase,    1111 Polaris Parkway,    Columbus, OH 43240-2050
13974678       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13848067       +Macys,   P.O. Box 183083,    Columbus, OH 43218-3083
13848068       +Macys (MCYDSNB),    9111 Duke Blvd.,    Mason, OH 45040-8999
13878398       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13848071       +Sears/CBNA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13848072        Travelers Insurance Co.,    P.O. Box 660307,    Dallas, TX 75266-0307
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13833986        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 03:20:10
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13848058       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 27 2019 03:01:45      Asset Acceptance,
                 P.O. Box 1630,    Warren, MI 48090-1630
13848062        E-mail/Text: bankruptcy@cavps.com Jun 27 2019 03:02:12      Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com Jun 27 2019 03:02:12      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13851290        E-mail/Text: mrdiscen@discover.com Jun 27 2019 03:00:48      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13848065       +E-mail/Text: mrdiscen@discover.com Jun 27 2019 03:00:48      Discover Financial Card Services,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
13903496       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 03:01:50      Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
13848069       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 03:01:50      Midland Funding,
                 8875 Aero Drive,    Ste. 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13830663       ##+Phelan Hallinan, LLP,    Omni William Penn Office Tower,    555 Grant Street, Suite 360,
                 Pittsburgh, PA 15219-4411
                                                                                            TOTALS: 2, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: bsil                  Page 2 of 2                   Date Rcvd: Jun 26, 2019
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai   Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James   Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 11
```