# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

| | |
|---|---|
| In re: ) | |
| ) | |
| KENNETH H. REMLEY, II, AND ) | Case No: 14-21423-GLT |
| DAWN R. REMLEY, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Document No.: 236 |
| DAWN R. REMLEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

## CHAPTER 13 DEBTOR'S CERTIFICATION
## REGARDING DISCHARGE ELIGIBILITY

To the Court:

    1. The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On June 9, 2014, at docket number 22, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| July 22, 2019 | /s/ Dai Rosenblum, Esq. |
| | Dai Rosenblum, Attorney for the Debtor |
| | 254 New Castle Road, Suite B |
| | Butler, PA  16001-2529 |
| | (724) 283-2900 PA ID No. 31802 |
| | dai@dairosenblumbankruptcy.com |