Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth H. Remley II** : | Case No. 14–21423–GLT |
| **Dawn R. Remley** : | Chapter: 13 |
| aka Dawn Rochelle Remley, aka Shelly Remley : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 240 |
| : | |
| v. : | Hearing Date: 11/6/19 at 11:00 AM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of August, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 240 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)   *On or before October 11, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)   This Motion is scheduled for hearing on *November 6, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-21423-GLT
Kenneth H. Remley, II                                                  Chapter 13
Dawn R. Remley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2                Date Rcvd: Aug 27, 2019
                              Form ID: 604            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db/jdb         +Kenneth H. Remley, II,   Dawn R. Remley,    160 Hickory Drive,    Beaver Falls, PA 15010-1418
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX  75063)
13848057       +Allied Adjustors,   PO Box 1006,    Aliquippa, PA 15001-0806
13848059        Bank of America,   P.O. Box 15137,    Wilmington, DE 19850-5137
13848060        Bank of America (FIA Card Services),    P.O. Box 15137,   Wilmington, DE 19850-5137
14897843       +Beaver County Tax Claim Bureau,    810 Third Street,   Beaver, PA 15009-2139
13848061       +Beaver County Treasurer,    810 Third Street,   Beaver, PA 15009-2196
13848063       +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13848064       +Chase Bank,   P.O. Box 24696,    Columbus, OH 43224-0696
13853899       +Department Stores National Bank/Macy's,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13848066       +Heritage Valley Medical Center,    of Beaver,   1000 Dutch Ridge Road,   Beaver, PA 15009-9727
13830662        JP Morgan Chase,   1111 Polaris Parkway,    Columbus, OH 43240-2050
13974678       +JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13848067       +Macys,   P.O. Box 183083,    Columbus, OH 43218-3083
13848068       +Macys (MCYDSNB),   9111 Duke Blvd.,    Mason, OH 45040-8999
13878398       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13848071       +Sears/CBNA,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13848072        Travelers Insurance Co.,    P.O. Box 660307,   Dallas, TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13833986        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2019 02:38:32
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13848058       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 28 2019 02:37:13      Asset Acceptance,
                 P.O. Box 1630,   Warren, MI 48090-1630
13848062        E-mail/Text: bankruptcy@cavps.com Aug 28 2019 02:37:29      Cavalry Portfolio Services,
                 P.O. Box 27288,   Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com Aug 28 2019 02:37:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13851290        E-mail/Text: mrdiscen@discover.com Aug 28 2019 02:36:53      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13848065       +E-mail/Text: mrdiscen@discover.com Aug 28 2019 02:36:53      Discover Financial Card Services,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
13903496       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2019 02:37:17      Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
13848069       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 28 2019 02:37:17      Midland Funding,
                 8875 Aero Drive, Ste. 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans a division of First Tenne
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
13830663       ##+Phelan Hallinan, LLP,   Omni William Penn Office Tower,   555 Grant Street, Suite 360,
                 Pittsburgh, PA 15219-4411
                                                                                               TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel                 Page 2 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: 604               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
           andygornall@latouflawfirm.com
          Dai  Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai  Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James  Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
           Bank National Association bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
           barristerob@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```