| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kenneth H. Remley II** | Social Security number or ITIN | **xxx–xx–7988** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dawn R. Remley** | Social Security number or ITIN | **xxx–xx–5156** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **14–21423–GLT** | | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　　Kenneth H. Remley II　　　　　　　　　　　Dawn R. Remley
　　　　　　　　　　　　　　　　　　　　　　　　aka Dawn Rochelle Remley, aka Shelly Remley

　　　10/25/19　　　　　　　　　　　　　　**By the court:**　　　Gregory L. Taddonio
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

　　♦ debts that are domestic support obligations;

　　♦ debts for most student loans;

　　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 14-21423-GLT
Kenneth H. Remley, II                                           Chapter 13
Dawn R. Remley
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                   Page 1 of 2                  Date Rcvd: Oct 25, 2019
                              Form ID: 3180W               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db/jdb         +Kenneth H. Remley, II,    Dawn R. Remley,    160 Hickory Drive,   Beaver Falls, PA 15010-1418
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13848057       +Allied Adjustors,    PO Box 1006,   Aliquippa, PA 15001-0806
14897843       +Beaver County Tax Claim Bureau,    810 Third Street,    Beaver, PA 15009-2139
13848061       +Beaver County Treasurer,    810 Third Street,    Beaver, PA 15009-2196
13848064       +Chase Bank,    P.O. Box 24696,   Columbus, OH 43224-0696
13848066       +Heritage Valley Medical Center,    of Beaver,    1000 Dutch Ridge Road,   Beaver, PA 15009-9727
13974678       +JPMorgan Chase Bank, National Association,     Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13878398       +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13830663       +Phelan Hallinan, LLP,    Omni William Penn Office Tower,    555 Grant Street, Suite 360,
                 Pittsburgh, PA 15219-4411
13848072        Travelers Insurance Co.,    P.O. Box 660307,   Dallas, TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2019 03:26:32      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
13833986        EDI: AIS.COM Oct 26 2019 06:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13848058       +EDI: ACCE.COM Oct 26 2019 06:43:00      Asset Acceptance,    P.O. Box 1630,
                 Warren, MI 48090-1630
13848059        EDI: BANKAMER.COM Oct 26 2019 06:43:00      Bank of America,   P.O. Box 15137,
                 Wilmington, DE 19850-5137
13848060        EDI: BANKAMER.COM Oct 26 2019 06:43:00      Bank of America (FIA Card Services),
                 P.O. Box 15137,    Wilmington, DE 19850-5137
13848062        E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:20      Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13848063       +EDI: CHASE.COM Oct 26 2019 06:43:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13853899       +EDI: TSYS2.COM Oct 26 2019 06:43:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13851290        EDI: DISCOVER.COM Oct 26 2019 06:43:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13848065       +EDI: DISCOVER.COM Oct 26 2019 06:43:00      Discover Financial Card Services,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
13830662        EDI: CHASE.COM Oct 26 2019 06:43:00      JP Morgan Chase,   1111 Polaris Parkway,
                 Columbus, OH 43240-2050
13848067       +EDI: TSYS2.COM Oct 26 2019 06:43:00      Macys,   P.O. Box 183083,    Columbus, OH 43218-3083
13848068       +EDI: TSYS2.COM Oct 26 2019 06:43:00      Macys (MCYDSNB),    9111 Duke Blvd.,
                 Mason, OH 45040-8999
13903496       +EDI: MID8.COM Oct 26 2019 06:43:00      Midland Credit Management, Inc.,
                 as agent for Asset Acceptance LLC,     PO Box 2036,   Warren, MI 48090-2036
13848069       +EDI: MID8.COM Oct 26 2019 06:43:00      Midland Funding,    8875 Aero Drive,   Ste. 200,
                 San Diego, CA 92123-2255
13848071       +EDI: SEARS.COM Oct 26 2019 06:43:00      Sears/CBNA,   P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
                                                                                                TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans a division of First Tenne
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                     TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: aala                Page 2 of 2               Date Rcvd: Oct 25, 2019
                              Form ID: 3180W            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
               andygornall@latouflawfirm.com
              Dai  Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James  Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
               Bank National Association bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```