**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/25/19 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KENNETH H. REMLEY, II
DAWN R. REMLEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-21423

Chapter 13

Related to Dkt. No. 240

**ORDER OF COURT**

AND NOW, this 25th Day of October, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-21423-GLT
Kenneth H. Remley, II                                                  Chapter 13
Dawn R. Remley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Oct 25, 2019
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db/jdb         +Kenneth H. Remley, II,   Dawn R. Remley,   160 Hickory Drive,   Beaver Falls, PA 15010-1418
cr             +Beaver County Tax Claim Bureau,   Beaver County Courthouse,   810 Third Street,
                Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13848057       +Allied Adjustors,   PO Box 1006,   Aliquippa, PA 15001-0806
13848059        Bank of America,   P.O. Box 15137,   Wilmington, DE 19850-5137
13848060        Bank of America (FIA Card Services),   P.O. Box 15137,   Wilmington, DE 19850-5137
14897843       +Beaver County Tax Claim Bureau,   810 Third Street,   Beaver, PA 15009-2139
13848061       +Beaver County Treasurer,   810 Third Street,   Beaver, PA 15009-2196
13848063       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13848064       +Chase Bank,   P.O. Box 24696,   Columbus, OH 43224-0696
13853899       +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
13848066       +Heritage Valley Medical Center,   of Beaver,   1000 Dutch Ridge Road,   Beaver, PA 15009-9727
13830662        JP Morgan Chase,   1111 Polaris Parkway,   Columbus, OH 43240-2050
13974678       +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13848067       +Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
13848068       +Macys (MCYDSNB),   9111 Duke Blvd.,   Mason, OH 45040-8999
13878398       +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
                2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13830663       +Phelan Hallinan, LLP,   Omni William Penn Office Tower,   555 Grant Street, Suite 360,
                Pittsburgh, PA 15219-4411
13848071       +Sears/CBNA,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13848072        Travelers Insurance Co.,   P.O. Box 660307,   Dallas, TX 75266-0307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13833986        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2019 03:33:11
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
13848058       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 26 2019 03:26:38     Asset Acceptance,
                P.O. Box 1630,   Warren, MI 48090-1630
13848062        E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:13     Cavalry Portfolio Services,
                P.O. Box 27288,   Tempe, AZ 85282-7288
13843032       +E-mail/Text: bankruptcy@cavps.com Oct 26 2019 03:27:13     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13851290        E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13848065       +E-mail/Text: mrdiscen@discover.com Oct 26 2019 03:25:37     Discover Financial Card Services,
                P.O. Box 15316,   Wilmington, DE 19850-5316
13903496       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2019 03:26:44     Midland Credit Management, Inc.,
                as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
13848069       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2019 03:26:44     Midland Funding,
                8875 Aero Drive,   Ste. 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Horizon Home Loans a division of First Tenne
cr              First Horizon Home Loans, Et Al...
cr              JPMorgan Chase Bank, N.A.
13848070*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2         User: aala                  Page 2 of 2              Date Rcvd: Oct 25, 2019
                             Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    First Horizon Home Loans, Et Al...
           andygornall@latouflawfirm.com
          Dai Rosenblum    on behalf of Debtor Kenneth H. Remley, II Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum    on behalf of Joint Debtor Dawn R. Remley Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt    on behalf of Creditor    First Horizon Home Loans, Et Al...
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    First Horizon Home Loans a division of First Tennessee
           Bank National Association bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          James A. Prostko    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    JPMorgan Chase Bank, N.A. jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
          Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
           barristerob@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```